

IN THE
TENTH COURT OF APPEALS

No. 10-12-00248-CV

KAREN HALL,

                                                              Appellant

 v.

CITY OF BRYAN, TEXAS,

                                                              Appellee

From the 272nd District Court
Brazos County, Texas
Trial Court No. 12-000391-CV-272

# O R D E R

Appellee's Motion for Continuance on Oral Argument was filed on October 15, 2013.  Oral argument was scheduled in this appeal for October 23, 2013.  Because new counsel was recently hired by appellee, new counsel requested a continuance of argument.  Appellant, Karen Hall, opposed the request for a continuance.   Part of her opposition was due to time and money she has expended in hiring a caregiver and a backup caregiver for her elderly mother.

We are sympathetic to both parties' concerns.  Accordingly, appellee's motion is granted.  Argument is postponed and will be reset at another date.  Should appellant be forced to pay the caregivers hired for the care of her mother on October 23, 2013 notwithstanding that argument has been postponed, appellee is ordered to reimburse appellant for that payment.  Appellant must present appellee with a receipt for services paid by appellant within 21 days from the date of this order, and appellee must pay the amount within 14 days of presentment.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted in part
Order issued and filed October 24, 2013